CHARLES E. RICE, as Administrator, etc., of KENNETH M. RICE, Deceased, Appellant, v. JAMES SCARLETT, Respondent.— Motion for leave to appeal to

Court of Appeals denied, with ten dollars costs. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.